IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13-cr-178 |
| | : | Judge Walter H. Rice |
| v. | : | |
| | : | |
| TYRONE LANE | : | **INFORMATION** |
| | : | |
| | : | 18 U.S.C. § 2252(a)(4)(B) & (b)(2) |

The United States Attorney for the Southern District of Ohio charges:

## COUNT 1
**[18 U.S.C. § 2252(a)(4)(B) & (b)(2)]**

Between on or about January 10, 2013 and January 29, 2013, the defendant, **TYRONE LANE**, in the Southern District of Ohio did knowingly possess one or more images which contain any visual depiction that have been mailed, shipped and transported using any means and facility of interstate or foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction of such conduct, after having been previously convicted of Rape under the laws of the State of Ohio in violation of Ohio Revised Code § 2907.02(A)(1)(b) in Case Number 2002-CR-66 in Ashtabula County (OH) Common Pleas Court on November 14, 2002.

In violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2).

CARTER M. STEWART
United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch

Page 1 of 1